

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00401-CR

Alberto **VERASTEGUI,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 14,031CR
Honorable Robert Cadena, Judge Presiding

# O R D E R

The State's motion for an extension of time to file its brief is granted in part. We order the State's brief due November 19, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court